IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01259-MSK-PAC

PATRICK WOBST,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

    Defendant.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
September 30, 2005

    To the extent that the Clerk's office has considered the parties' Stipulated Protective Order to be a motion for a protective order, see doc #11, filed September 23, 2005, IT IS HEREBY **ORDERED** that the motion is granted. The attached Stipulated Protective Order shall be made an Order of the Court this date.