IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01259-MSK-PAC

PATRICK WOBST,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Joint Motion to Amend Scheduling Order [filed January 30, 2006; Doc. No. 23] is **GRANTED** as follows:

    The parties' complete Rule 26(a)(2) information deadline is extended to **March 3, 2006.**

    The rebuttal experts Rule 26(a)(2) complete information deadline is extended to **March 31, 2006.**

    The number of experts is changed to 5 experts per side.

Dated:  February 3, 2006