IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01259-MSK-PAC

PATRICK WOBST,

      Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

      Defendant.

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
March 16, 2006

      IT IS HEREBY

      **ORDERED** that the parties' Joint Motion to Extend the Discovery Cutoff and Deadline to Serve Rebuttal Expert Disclosures, Doc. # 32, is GRANTED for good cause shown.  It is further

      **ORDERED** that the deadline for exchange of complete Rule 26(a)(2) rebuttal expert information is extended to **May 1, 2006**; the discovery deadline is extended to **May 15, 2006**; and the dispositive motions deadline is extended to **June 14, 2006**, and for dispositive motions filed on that date, responses are due by **June 30, 2006**, and replies by **July 14, 2006**. **THERE WILL BE NO FURTHER EXTENSIONS OF THESE DEADLINES.**  It is further

      **ORDERED** that counsel shall review Judge Krieger's Civil Trial Practice Standards, and particularly, MSK Civ. Practice Standard, Section V. C. which requires proposed orders submitted with the motion when a motion is unopposed.