IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01259-MSK-PAC

PATRICK WOBST,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

    Defendant.

_____

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

    Counter Claimant,

v.

PATRICK WOBST,

    Counter Defendant.

**ORDER GRANTING ALLSTATE INSURANCE COMPANY'S UNOPPOSED MOTION TO RESCHEDULE HEARING ON MOTION TO COMPEL AND TO PERMIT RESUMPTION OF DEPOSITION OF RICHARD LAUGESEN AFTER DISCOVERY CUTOFF**

Defendant and Counter Claimant Allstate Insurance Company's Unopposed Motion to Reschedule Hearing on Motion to Compel and to Permit Resumption of Deposition of Richard Laugesen after Discovery Cutoff [Doc #56] is before the Court. The Court, having considered the Motion, and good cause appearing therefor, hereby GRANTS Allstate's Motion.

The hearing on Allstate's Motion to Compel is rescheduled for July 5, 2006, at 8:30 a.m. In the event that Allstate's Motion to Compel were to be granted, Allstate will be permitted

to continue the deposition of Richard Laugesen after the discovery cutoff.

IT IS SO ORDERED this 7th day of June, 2006.

S/ Patricia A. Coan
DISTRICT COURT ~~JUDGE~~ Magistrate Judge