IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01259-MSK-PAC

PATRICK WOBST,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

    Defendant.

## ORDER DENYING MOTION TO VACATE AND RESET FINAL PRETRIAL CONFERENCE, BUT ALLOWING TELEPHONIC APPEARANCE

THIS MATTER comes before the Court on the parties' Joint Motion to Vacate and Reschedule the November 29, 2006 Final Pretrial Conference **(#81)**. Having considered the same,

**IT IS ORDERED** that the motion **(#81)** is **DENIED**. However, the parties and their counsel may appear at the Final Pretrial Conference telephonically. If they elect to appear by telephone, the parties shall arrange for a conference call with a provider of their choice and place a single telephone call to chambers at (303) 335-2289 no later than 3:55 p.m. today.

Dated this 29th day of November, 2006

                **BY THE COURT:**

                */s/ Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge