IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01259-MSK-PAC

PATRICK WOBST,

        Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

        Defendant.

## ORDER VACATING TRIAL SETTING

THIS MATTER comes before the Court *sua sponte*.

On November 29, 2006, the Court held a final pretrial conference in this matter. The parties advised the Court that, although the matter is set for a 4-day jury trial, they require a 7-day jury trial. The Court gave the parties until December 19, 2006 to submit a revised proposed final pretrial order, and to file any motion to bifurcate the trial. The Court advised the parties that if they desired a 7-day trial, then the trial would be vacated and reset.

The parties submitted a proposed final pretrial order, but no motion to bifurcate. They subsequently filed a joint motion **(#93)** asking the Court to clarify whether the trial would be continued.

The Court concludes that the trial set for February 20, 2007 must be vacated, for at least two reasons. First, the parties set a 4-day trial. Now they want a 7-day trial, which cannot be accommodated at the scheduled time. Second, there is a pending motion to exclude the trial

testimony of the Plaintiff's expert, Richard Laugesen.[1]  The Plaintiff agrees that Mr. Laugesen cannot offer opinion testimony on the law, but there is apparently disagreement as to whether some of his opinions are admissible under Fed. R. Evid. 702.  The motion does not comport with the Court's procedures for Rule 702 motions; it does not enumerate the specific opinions by Mr. Laugesen which the Plaintiff intends to offer at trial, and instead refers to Mr. Laugesen's expert report.  Consequently, the Court cannot determine what opinions by Mr. Laugesen are being challenged at this juncture, and on what basis.

**IT IS THEREFORE ORDERED** that:

(1)    The parties' joint motion **(#93)** for clarification is **GRANTED**.

(2)    The trial set to commence on February 20, 2007 is **VACATED**.

(3)    On or before **January 31, 2007**, the parties shall jointly telephone chambers at (303) 335-2289 to reset the trial.

Dated this 12th day of January, 2007

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge

---

[1] The motion is not fully briefed. A reply is due on January 12, 2007.