IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01259-MSK-PAC

PATRICK WOBST,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

    Defendant.

## ORDER RESETTING TRIAL

**IT IS HEREBY ORDERED** that the trial in this matter, originally set to commence on February 20, 2007 for 4 days, is **RESET** to **July 7, 2008 at 1:00 p.m.** for 8 days in Courtroom A901, 901 19th Street, Denver, Colorado. This setting is a first position setting.

**IT IS FURTHER ORDERED** that a final pre-trial conference is set for **April 4, 2008 at 4:00 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 19th day of January, 2007

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge